# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ELAM HUDLER, | : | No.: 1:21-cv-00005 |
| | : | |
| Petitioner, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| UNION COUNTY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER
January 25, 2021

On January 25, 2021, the petitioner, Christopher Elam Hudler ("Hudler"), filed a letter advising us that Hudler was extradited to Pennsylvania on Saturday, January 23, 2021. The portion of Hudler's emergency application (*doc. 4*) requesting us to order a stay of the extradition warrant is therefore moot. As to the remainder of the emergency application requesting that Hudler be released on bail, we await the respondents' brief on that issue which is due on or before February 3, 2021, in connection with our previous order. *Doc. 15*. In the event that the respondents do not oppose granting Hudler bail pending the disposition of his petition for a writ of habeas corpus (*doc. 1*), however, the respondents shall immediately advise the court. In that case, the respondents need not brief the bail issue as previously ordered. *Doc. 15*.

Accordingly, based on the foregoing, **IT IS ORDERED** that Hudler's emergency application (*doc. 4*) seeking an order staying his extradition and seeking bail is **DENIED IN PART AS MOOT** as to his request for a stay.  **IT IS FURTHER ORDERED** that, in the event the respondents do not oppose the granting of bail, the respondents shall immediately advise the court.  If the respondents do oppose bail, they should brief the issue as previously ordered. *Doc. 15*.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge