# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ELAM HUDLER, | : | No.: 1:21-cv-00005 |
| Petitioner, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| UNION COUNTY, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**
April 22, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Hudler's 28 U.S.C. § 2254 habeas corpus petition is **DISMISSED,** and the case is closed.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge